■ GEORGE ANASTASIO, JR., Appellant, v FRANKLIN PLAZA APARTMENTS, INC., Respondent. [655 NYS2d 360] —Judgment, Supreme Court, New York County (Harold Tompkins, J., and a jury), entered February 2, 1995, in favor of defendant, following a jury trial, unanimously affirmed, without costs.

This is an action based on personal injuries sustained at an elevator renovation site brought by a worker against defendant building owner. Viewing the jury interrogatories in light of the court's entire charge, we conclude that the wording of the interrogatories did not deprive plaintiff of a fair trial.

We have considered plaintiff's remaining contentions and find them to be without merit. Concur—Milonas, J. P., Ellerin, Wallach and Nardelli, JJ.